# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  AirX LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  87-2811634

**4. Debtor's address**

Principal place of business:
6115 NE 88th St.
Number    Street

Vancouver    WA    98665
City    State    ZIP Code

Clark County
County

Mailing address, if different from principal place of business:
Number    Street

P.O. Box

City    State    ZIP Code

Location of principal assets, if different from principal place of business:
Number    Street

City    State    ZIP Code

**5. Debtor's website (URL)**  www.airx.llc

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>2382 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply*:<br>    ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When _____ Case number _____<br>                            MM / DD / YYYY<br>        District _____ When _____ Case number _____<br>                            MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>       District _____ When _____<br>                                MM / DD / YYYY<br>       Case number, if known _____ |

| Debtor | AirX LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number    Street

_____

_____
City                                        State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49　　☐ 1,000-5,000　　☐ 25,001-50,000
☑ 50-99　　☐ 5,001-10,000　　☐ 50,001-100,000
☐ 100-199　☐ 10,001-25,000　☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000　　　　　　☑ $1,000,001-$10 million　　　☐ $500,000,001-$1 billion
☐ $50,001-$100,000　　　☐ $10,000,001-$50 million　　☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000　　☐ $50,000,001-$100 million　　☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million　　☐ $100,000,001-$500 million　☐ More than $50 billion

| Debtor | AirX LLC | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/10/2025
MM / DD / YYYY

✘ /s/ Alex Kemppainen
Signature of authorized representative of debtor

Alex Kemppainen
Printed name

Title  Owner & Managing Member

**18. Signature of attorney**

✘ /s/ Stephen Raher
Signature of attorney for debtor

Date  07/10/2025
MM / DD / YYYY

Stephen Raher
Printed name

Tabor Law Group
Firm name

4110 SE Hawthorne Blvd. PMB #506
Number     Street

Portland                         OR       97214-5246
City                              State    ZIP Code

9716340190                       sraher@pdx-law.com
Contact phone                    Email address

46984                            WA
Bar number                       State

| | Fill in this information to identify the case: | |
|---|---|---|
| Debtor name | AirX LLC | |
| United States Bankruptcy Court for the: | Western District of Washington | |
| Case number (If known): | | ☐ Check if this is an amended filing |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Sunbelt Controls<br>888 E. Walnut Street<br>Pasadena, CA, 91101 | Antoine Wright<br>9818) 244-6571<br>awright@sunbeltcontrols.com | Suppliers or Vendors | | | | 241,621.16 |
| 2 | Air Reps<br>3290 146th Place SE; Ste F<br>Bellevue, WA, 98007 | Kassie Garmong<br>(425) 625-0318<br>Kassie.Garmong@airreps.com | Suppliers or Vendors | | | | 193,425.00 |
| 3 | ACI Mechanical & HVAC<br>6821 NE Columbia Blvd<br>Suite 14<br>Portland, OR, 97218 | Nathan McKinney<br>(503) 238-6900<br>nathanm@acimechsales.com | Suppliers or Vendors | | | | 141,471.00 |
| 4 | Billd Exchange LLC<br>3800 N. Lamar Blvd., Ste. 210<br>Austin, TX, 78756 | Ryan Delgato<br>(737) 237-7163<br>ryan.delgado@billd.com | Monies Loaned / Advanced | | | | 131,698.00 |
| 5 | Johnson Air Products<br>P.O. Box 15098<br>Portland, OR, 97293 | Ann Crawford<br>(971) 244-5267<br>accounts_receivable@johnsonair.com | Suppliers or Vendors | | | | 105,039.42 |
| 6 | United Rentals<br>P.O.Box 051122<br>Los Angeles, CA, 90074-1122 | Ben Holland; Alliah - AR<br>(212) 333-6600<br>bholland@ur.com | Suppliers or Vendors | | | | 98,466.90 |
| 7 | JB Oregon Inc.<br>549 S Dawson St<br>Seattle, WA, 98108 | LeeAnn Candelaria<br>(206)930-4824<br>lcandelaria@jbarrow.com | Suppliers or Vendors | | | | 93,479.35 |
| 8 | Ascent Electric LLC<br>27304 NE 10th Ave. Ste. 100<br>Ridgefield, WA, 98642 | Marya Sundberg<br>(360) 818-9594<br>office@ascentele.com | Suppliers or Vendors | | | | 88,370.49 |

| Debtor | AirX LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Johnson Controls International<br>PO BOX 730068<br>Dallas, TX, 75373-0068 | Manuel Vergara<br>(414) 524-7300<br>manual.vergara@jci.com | Suppliers or Vendors | | | | 86,527.89 |
| 10 | JPMorgan Chase Bank, NA<br>700 Kansas Lane<br>Mail Code LA4-7100<br>Monroe, LA, 71203 | | Credit Card Debt | | | | 77,036.56 |
| 11 | Ferguson<br>PO Box 847411<br>Dallas, TX, 75284-7411 | Daniel Rios<br>(503) 432-4034<br>daniel.rios1@ferguston.com | Suppliers or Vendors | | | | 75,391.88 |
| 12 | Trane U.S. Inc<br>P.O. Box 98167<br>Chicago , IL, 60693 | Michael Hosch<br>(608) 787-3919<br>michael.hosch@tranetechnologies.com | Suppliers or Vendors | | | | 73,948.93 |
| 13 | Accurate Balancing Agency Inc<br>P.O. Box 653<br>Beaverton , OR, 97075 | Christy May<br>(503) 297-6594<br>christy.m@abainc.us | | | | | 64,037.50 |
| 14 | Precision Test & Balance Inc.<br>PO Box 952<br>Wilsonville , OR, 97070 | Adam Jakobsen<br>(503) 781-0615<br>adam@airbalancer.com | Suppliers or Vendors | | | | 63,900.00 |
| 15 | Anchor Insurance & Surety Inc.<br>P.O. Box 2808<br>Portland , OR, 97208 | Taylor Cornell<br>(503) 224-2500<br>tkornell@anchorias.com | | | | | 63,865.00 |
| 16 | MacDonald-Miller Facility Solutions<br>17930 International Blvd. Ste 120<br>Seatac, WA, 98188 | Nick Hain (260)656-4829<br>(206) 763-9400<br>nick.hain@macmiller.com;<br>invoices.AR@macmiller.com | Suppliers or Vendors | | | | 59,633.00 |
| 17 | West Wire Electric LLC<br>PO Box 38<br>Brush Prairie , WA, 98606 | Liz; Leah Sarkinen 360-225-4660 ex 140<br>(360) 762-7795<br>liz@ak.accounting.net | Suppliers or Vendors | | | | 47,534.90 |
| 18 | Dux Supply<br>9317 NE 72nd Ave<br>Vancouver , WA, 98665 | Courtney Williamson<br>(360) 949-0564<br>courtney@duxsupply.co | Suppliers or Vendors | | | | 46,282.72 |
| 19 | 360 Sheet Metal Products<br>PO Box 5708<br>Vancouver, WA, 98668 | Sharon Hayes<br>(360) 750-8558<br>sharonh@360sheetmetal.com | Suppliers or Vendors | | | | 45,914.78 |
| 20 | ATS Automation<br>450 Shattuck Ave S<br>Renton, WA, 98057 | 425-251-9680 | Suppliers or Vendors | | | | 41,519.00 |

2KG Contractors Inc.
4917 NE 185th Drive
Portland, OR 97230

360 Sheet Metal Products
PO Box 5708
Vancouver, WA 98668

Accurate Balancing Agency Inc
P.O. Box 653
Beaverton , OR 97075

Accurate Concrete Cutting
6816 NE 40th Ave
Ste A
Vancouver , WA 98661

ACI Mechanical & HVAC
6821 NE Columbia Blvd
Suite 14
Portland , OR 97218

Acme Construction Supply
4040 Douglas Way
Lake Oswego , OR 97035

Advanced Excavation Inc.
P.O. Box 868
Garibaldi, OR 97118

Air Reps
3290 146th Place SE; Ste F
Bellevue, WA 98007

Air Treatment
640 N. Puente Street
Brea , CA 92821

Alex Kemppainen
6115 NE 88th St.
Vancouver, WA 98665

Ally Financial Inc.
PO Box 380901
Minneapolis, MN 55438

Anchor Insurance & Surety Inc.
P.O. Box 2808
Portland , OR 97208

Apex Mechanical
1507 SE Eaton Blvd
Battle Ground, WA 98604

Arock Technologies
4120 SE International Way
Ste A106
Milwaukie , OR 97222

Ascent Electric LLC
27304 NE 10th Ave. Ste. 100
Ridgefield , WA 98642

ATS Automation
450 Shattuck Ave S
Renton, WA 98057

Baldwin General Contracting
1224 Santiam Rd SE
Albany, OR 97321

Barnhart
Dept 1906
PO BOX 2153
Birmingham , AL 35287

Billd Exchange LLC
3800 N. Lamar Blvd., Ste. 210
Austin, TX 78756

Bremik Construction
1026 SE Stark St
Portland, OR 97214

Buildskape LLC
8285 SW Nimbus Ave, Ste. 113
Beaverton, OR 97008

C-TRAN
10600 NE 51st Circle
Vancouver, WA 98665

CaptiveAire Systems
2702 NE 114th Ave
Suite 2
Vancouver , WA 98684

Carrier
3215 S 116th St. Suite 133
Tukwila, WA 98168

CITC of WA
1930 116th Ave NE
Bellevue, WA 98004

City of Bellevue
PO Box 90012
Bellevue, WA 98009

City of Portland - Revenue Bureau
City Attorney's Office
1221 SW 4th Ave., Rm 430
Portland, OR 97204

City of Vancouver
PO Box 8995
Vancouver , WA 98668

City of Vancouver Fire Dept.
7110 NE 63rd St.
Vancouver, WA 98661

Clackamas Middle College
12021 SE 82nd Ave
Happy Valley, OR 97086

CNA Insurance
PO Box 74007619
Chicago, IL 60674-7619

Colf Construction
PO Box 1434
Vancouver, WA 98668

Concrete Sawing Company6, Inc.
16119 Evelyn St.
Clackamas, OR 97015

Construction Services Group
5706 NE 112th Ave
Vancouver, WA 98662

Creative Contracting Inc.
25027 Hwy 224
Boring, OR 97009

DBSI, Inc.
6950 West Morelos Place
Chandler, AZ 85226

Distribution International
PO Box 31001-3072
Pasadena, CA 91110-3072

Dorse & Company
5000 1st Ave S
Seattle, WA 98134

Dux Supply
9317 NE 72nd Ave
Vancouver , WA 98665

Edge Control Solutions LLC
PO Box 1024
Washougal , WA 98671

Emery and Sons
PO BOX 13069
Salem, OR 97309

Enformed Construction Services
22461 Interstate 30, Ste. 200
Bryant, AR 72022

Environmental Controls Corp.
15954 SW 72nd Ave
Tigard, OR 97224

FastEST, Inc.
PO Box 20843
Wichita, KS 67208

Ferguson
PO Box 847411
Dallas, TX 75284-7411

FiberJet Corporation
1097 Elmswell Ln
Lyman, SC 29365

Finish Line Concrete Cutting
PO Box 821409
Vancouver , WA 98682

Gensco Inc.
PO Box 2905
Tacoma, WA 98401

Genteel Investments, LLC
PO Box 1434
Vancouver, WA 98668

Ground Penetrating Radar
1901 Indian Wood Cir
Maumee, OH 43537

Hilti
5400 S 122nd E Ave
Tulsa , OK 74146

Home Forward
135 SW Ash Street
Portland, OR 97204

iBuild PDX
2812 NW Thurman St
Portland, OR 97210

Infinite Build LLC
P.O. Box 3064
Battle Ground, WA 98604

Inline Commercial Construction
18880 SW Shaw St
Beaverton, OR 97007

Internal Revenue Service - Attn: Centralized
Post Office Box 7346
Philadelphia, PA 19101

J.R. Swigart Co., Inc.
104 NE 194th St.
Ridgefield, WA 98642

Jackola
2250 Highway 93 South
Kalispell, MT 59901

JB Oregon Inc.
549 S Dawson St
Seattle, WA 98108

Johnson Air Products
P.O. Box 15098
Portland, OR 97293

Johnson Controls International
PO BOX 730068
Dallas, TX 75373-0068

Johnstone Supply Inc.
12000 NE 60th Way
Vancouver , WA 98682

JPMorgan Chase Bank, NA
700 Kansas Lane
Mail Code LA4-7100
Monroe, LA 71203

JRT Mechanical Service Solutio
2211 SE Grace Ave
Battle Ground , WA 98604

Jubitz
PO Box 11251
Portland, OR 97211

JW Fowler
12775 Westview Drive
Dallas, OR 97338

Kapitus Servicing Inc.
2500 Wilson Blvd., Ste. 350
Arlington, VA 22201

Kojo Technologies
PO Box 103280
Pasadena, CA 91189-3280

Linde Gas & Equipment
P.O. Box 120812
Dallas, TX 75312-0812

LMC Construction
19200 SW Teton Ave
Tualatin, OR 97062

MacDonald-Miller Facility Solutions
17930 International Blvd. Ste 120
Seatac, WA 98188

Mason Oregon Inc.
5550 NE Clara Lane
Hillsboro, OR 97124

McClure & Sons Inc
15714 County Club Drive
Bothell, WA 98012

McDonald & Wetle, Inc.
2020 Northeast 194th Avenue
Portland , OR 97230

MCK Tool & Supply
PO Box 1465
Vancouver , WA 98668

McKenzie Commercial Contractor
3625 West First Ave.
Eugene, OR 97402

MI Controls
PO BOX 102347
Pasadena, CA 91189-2347

Ness Campbell Crane & Rigging
PO Box 4800
Unit 14
Portland , OR 97208

Neudorfer Engineers
5516 1st Ave S
Seattle, WA 98108

North Clackamas School District
12400 SE Freeman Way
Portland, OR 97222

Northeast Electric
1780 Down River Drive
Woodland, WA 98674

ODK Capital, LLC
4700 W. Daybreak Pkwy. Ste. 200
South Jordan, UT 94009

Olson LLC
PO Box 907
Newberg, OR 97132

OmniDuct
6400 Artesia Blvd
Buena Park , CA 90620

Oregon Department of Revenue - Attn: Bankrupt
955 Center St. NE
Salem, OR 97301

Owen Gabbert, LLC
3824 N. Vancouver Ave
Portland, OR 97227

Paramount Supply
816 SE Ash st.
Portland, OR 97214

PCI-Performance Contracting
PO Box 872346
Kansas City , MO 64187

Performance Systems Integration
7324 SW Durham Road
Portland , OR 97224

Philadelphia Indemnity Insurance Co.
One Bala Plaza, Ste. 100
Bala Cynwyd, PA 19004

Piper Mechanical
9321 NE 72nd Ave Suite 6
Vancouve, WA 98665

Platt Electric
PO Box 418759
Boston, MA 02241-8759

PMAC Service LLC
1719 270th Pl
Camas , WA 98607

Portland Revenue Bureau
111 SW Clumbia St. #600
Portland, OR 97201

Portland State University
PO Box 908
Portland, OR 97207

Portland State University
PO Box 751
FAST-CAPS
Portland, OR 97207

Prairie Electric
27050 NE 10th Avenue
Ridgefield, WA 98642

Precision Test & Balance Inc.
PO Box 952
Wilsonville , OR 97070

Prospect Construction Inc.
116 23rd St SE
Puyllaup, WA 98372

Puget Sound Pipe & Supply
PO Box 97010
Kent, WA 98064-9710

R.L Reimers Company
3939 Old Salem Rd #200
Albany, OR 97321

Ross Builders
3155 SE Century Blvd. Ste. B
Hillsboro, OR 97123

Rotschy LLC
7408 NE 113th Circle
Vancouver, WA 98662

Senva, Inc.
1825 NW 167th Place
Beaverton, OR 97006

SmartTAB LLC
2040 Delameter Rd.
Castle Rock , WA 98611

Stability Engineering Inc.
P.O. Box 2646
Corvallis, OR 97339

Sunbelt Controls
888 E. Walnut Street
Pasadena , CA 91101

Sunstate Equipment
PO Box 208439
Dallas, TX 75320-8439

SureTec Insurance Co.
9500 Arboretum Blvd.
Suite 400
Austin, TX 78759

Swan Island Sheet Metal
PO 17177
Portland, OR 97217-6819

Thompson Electrical Construction
PO Box 45260
Tacoma, WA 98448

Trane U.S. Inc
P.O. Box 98167
Chicago , IL 60693

Umpqua Bank
455 SE Main St.
Roseburg, OR 97470

United Refrigeration
1527 SE Schiller St.
Portland , OR 97202

United Rentals
P.O.Box 051122
Los Angeles, CA 90074-1122

Washington Department of Revenue
2101 4th Ave #1400
Seattle, WA 98121-2300

Washington State Dept of Transp
PO Box 47300
Olympia, WA 98504

Waste Management Corp.
PO Box 541065
Los Angeles , CA 90054

Waypoint Engineering
700 Washington St., Ste. 605
Vancouver, WA 98660

West Wire Electric LLC
PO Box 38
Brush Prairie , WA 98606

Westmore Construction
PO Box 461
Brush Prairie, WA 98606

United States Bankruptcy Court
Western District of Washington

In re: AirX LLC

Case No.

Chapter 11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 07/10/2025

/s/ Alex Kemppainen
Signature of Individual signing on behalf of debtor

Owner & Managing Member
Position or relationship to debtor

**IN RE:**                                                                Case No._____

AirX LLC

_____ Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Alex Kemppainen<br>6115 NE 88th St., Vancouver, WA 98665 | 100 | Managing member |

In re AirX LLC

(Debtor(s))

Case No. _____

Chapter 11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for AirX LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation(s)' equity interests, or states that there are no entities to report under FRBP 7007:

[✔] None [check if applicable]

07/10/2025  /s/ Stephen Raher

Date  Statement of attorney or Litigant