☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

---

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................. $ _____0.00_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ................................................. $ ___2,017,823.07_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .................................................. $ ___2,017,823.07_

---

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................. $ ___1,098,215.09_

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ....................................................... $ _____0.00_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ........................................ +$ ___2,230,118.07_

4. **Total liabilities** ...................................................................
   Lines 2 + 3a + 3b          $ ___3,328,333.16_

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

**2. Cash on hand**                                                                 $ 0.00

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Umpqua Bank | Savings | 2  7  5  8 | $ 50,001.00 |
| 3.2. | Umpqua Bank | Checking | 6  0  8  7 | $ 22,612.58 |

**4. Other cash equivalents** *(Identify all)*

| 4.1. | _____ | $ _____ |
| 4.2. | _____ | $ _____ |

**5. Total of Part 1**                                                               $ 72,613.58

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. | See retainer held by counsel, as reported on attorney fee disclosure statement | $ 0.00 |
| 7.2. | _____ | $ _____ |

Case 25-41640-MJH     Doc 62     Filed 07/25/25     Ent. 07/25/25 17:36:02

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____
   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    | $ 0.00 |

---

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    | | Current value of debtor's interest |

11. **Accounts receivable**

    | | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
    |---|---|---|---|---|---|
    | 11a. 90 days old or less: | 1,115,925.75 | – | 0.00 | = ...➔ | $ 1,115,925.75 |
    | 11b. Over 90 days old: | 524,763.00 | – | 1,174.26 | = ...➔ | $ 523,588.74 |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | $ 1,639,514.49 |

---

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    | | | |
    |---|---|---|
    | 14.1._____ | _____ | $_____ |
    | 14.2._____ | _____ | $_____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                                    % of ownership:

    | | | | |
    |---|---|---|---|
    | 15.1._____ | _____% | _____ | $_____ |
    | 15.2._____ | _____% | _____ | $_____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    | | | |
    |---|---|---|
    | 16.1._____ | _____ | $_____ |
    | 16.2._____ | _____ | $_____ |

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    | $_____ |

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** Miscellaneous parts not associated with current jobs | MM / DD / YYYY | $_____ | | Unknown $_____ |
| 20. **Work in progress** Equipment, parts, and supplies for current jobs | MM / DD / YYYY | $_____ | | Unknown $_____ |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $_____ | | $_____ |
| 22. **Other inventory or supplies** | MM / DD / YYYY | $_____ | | $_____ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$ 0.00

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes. Book value _____ Valuation method _____ Current value Unknown _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | $_____ | | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | | $_____ |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Office furniture & equipment | $_____ | _____ | $ Unknown |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | AirX LLC | Case number *(if known)* | 25-41640 |
|---|---|---|---|
| | Name | | |

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2011 Ford Van | $ 6,142.00 | KBB Value | $ 4,884.00 |
| 47.2 2012 Nissan NV2 | $ 13,845.00 | KBB Value | $ 7,194.00 |
| 47.3 2020 Chevy Express G2500 | $ 28,109.00 | KBB Value | $ 14,692.00 |
| 47.4 See continuation sheet | $ 467,343.00 | | $ 269,405.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See continuation sheet | $ 45,753.00 | | $ 9,520.00 |
| **51. Total of Part 8.**<br>Add lines 47 through 50. Copy the total to line 87. | | | $ 305,695.00 |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Case 25-41640-MJH    Doc 62    Filed 07/25/25    Ent. 07/25/25 17:36:02    Pg. 6 of 71

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
   - ☐ No. Go to Part 10.
   - ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  6115 NE 88th St. Vancouver, WA 98665 | Leasehold improvements | $ 97,716.00 | Book value (minimal real | $ 0.00 |
| 55.2 | | $ _____ | _____ | $ _____ |
| 55.3 | | $ _____ | _____ | $ _____ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   - ☑ No
   - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
   - ☐ No. Go to Part 11.
   - ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $ _____ | _____ | $ _____ |
| 61. **Internet domain names and websites**<br>AirX.llc dompain | $ _____ | _____ | Unknown<br>$ _____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $ _____ | _____ | $ _____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $ _____ | _____ | $ _____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $ _____ | _____ | $ _____ |
| 65. **Goodwill**<br>_____ | $ _____ | _____ | $ _____ |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   $ 0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

- ☑ No
- ☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

- ☑ No
- ☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

## Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**71. Notes receivable**

Description (include name of obligor)

_____    0.00 _____ — 0.00 _____ = → $ 0.00 _____
                           Total face amount    doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Unused net operting loss

Unused net operating loss (estimated)    Tax year 2023    $ Unknown

_____    Tax year 2024    $ Unknown

                           Tax year _____    $ _____

**73. Interests in insurance policies or annuities**

_____    $ _____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $ _____

Nature of claim    _____

Amount requested    $ _____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $ _____

Nature of claim    _____

Amount requested    $ _____

**76. Trusts, equitable or future interests in property**

_____    $ _____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Oregon CCB license 244147 (not transferrable)    $ 0.00 _____

See continuation sheet    $ 0.00 _____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 0.00 _____

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

Case 25-41640-MJH    Doc 62    Filed 07/25/25    Ent. 07/25/25 17:36:02    Pg. 8 of 71

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 72,613.58 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 1,639,514.49 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 305,695.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...............................................➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 2,017,823.07 | 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .....................2,017,823.07.......................................... $ 2,017,823.07

## Continuation Sheet for Official Form 206 A/B

**47) Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| 2020 Ford F-150 | 37,359.00 | KBB Value | 25,018.00 |
| 2007 Ford Range | 300.00 | Book Value | 300.00 |
| 2017 Chevy Express G2500 | 29,593.00 | KBB Value | 13,050.00 |
| 2006 Ford EC2 | 2,013.00 | KBB Value | 3,652.00 |
| 2016 Chevy Express 3500 (VIN ending 5249) | 24,052.00 | KBB Value | 12,983.00 |
| 2016 Chevy Express 3500 (VIN ending 6107) | 34,227.00 | KBB Value | 11,911.00 |
| 2020 Chevy Express van (VIN ending 0455) | 33,663.00 | KBB Value | 13,508.00 |
| 2021 Ford F-150 | 46,723.00 | KBB Value | 29,835.00 |
| 2020 Chevy Express van (VIN ending 1166) | 29,665.00 | KBB Value | 14,916.00 |
| 2021 Nissan NV200 | 26,150.00 | KBB Value | 11,808.00 |
| 2016 Chevy Silverado | 27,915.00 | KBB Value | 14,026.00 |
| 2016 Ford F-350 | 17,700.00 | KBB Value | 14,757.00 |
| 2024 Tesla Cybertruck | 110,390.00 | KBB Value | 72,591.00 |
| 2017 Chevy Express | 29,593.00 | KBB Value | 13,050.00 |
| 2016 Freightliner M2 | 18,000.00 | KBB Value | 18,000.00 |

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Two 100-cabinet bi-fold rolling clamshell boxes | 6,537.00 | | 0.00 |
| Five mobile storage containers | 26,088.00 | | 0.00 |
| 2001 Hyster H6 | 11,900.00 | KBB Value | 9,520.00 |

## Continuation Sheet for Official Form 206 A/B

Blocks for storage   1,228.00                          0.00

**77) Other property of any kind not already listed**

**General description**              **Current value**

Washington electrical contractor      0.00
license AIRXLL*780J6 (not
transferrable)

Washington construction contractor    0.00
license AIRXLL*792PR (not
transferrable)

**Fill in this information to identify the case:**

Debtor name  AirX LLC

United States Bankruptcy Court for the:  Western   District of  Washington
                                                              (State)

Case number (If known):  25-41640

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1:  List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** **Creditor's name**
Umpqua Bank

**Describe debtor's property that is subject to a lien**
Blanket lien

Column A: $ 503,538.19    Column B: $ Unknown

**Creditor's mailing address**
455 SE Main St.
Roseburg, OR 97470

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred**

**Last 4 digits of account number**  6646

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
   Umpqua Bank is first; second position is unknown

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** **Creditor's name**
Umpqua Bank

**Describe debtor's property that is subject to a lien**
2021 F-150

Column A: $ 36,293.83    Column B: $ 29,835.00

**Creditor's mailing address**
455 SE Main St.
Roseburg, OR 97470

**Describe the lien**
Loan agreement

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred**

**Last 4 digits of account number**  5315

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 1,098,215.09

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.3

**Creditor's name**

Umpqua Bank

**Creditor's mailing address**

455 SE Main St.

Roseburg, OR 97470

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** 1250 ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2016 Ford F-350, 2016 Chevy Express 3500 (VIN ending 6107), 2016 Chevy Express 3500 (VIN ending 5249), 2017 Chevy Express, 2016 Freightliner M2

**Describe the lien**

Loan agreement

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 112,442.68     $ 70,701.00

### 2.4

**Creditor's name**

Umpqua Bank

**Creditor's mailing address**

455 Main St.

Roseburg, OR 97470

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** 5562 ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Chevy Express van (VIN ending 0455), 2020 Chevy Express van (VIN ending 1166), 2021 Nissan NV200, 2020 Chevy Express G2500, 2016 Chevy Silverado

**Describe the lien**

Loan agreement

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 101,851.13     $ 68,950.00

Case 25-41640-MJH    Doc 62    Filed 07/25/25    Ent. 07/25/25 17:36:02    Pg. 13 of 71

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5** | **Creditor's name**

Umpqua Bank

**Creditor's mailing address**

455 SE Main St.
Roseburg, OR 97470

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___4821___ __ __ __

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____
　　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2024 Tesla Cybertruck

**Describe the lien**
Loan agreement

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 87,869.59
Column B: $ 72,591.00

**2.6** | **Creditor's name**

Ally Financial Inc.

**Creditor's mailing address**

PO Box 380901
Minneapolis, MN 55438

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____
　　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Ford F-150

**Describe the lien**
Loan agreement

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 23,995.52
Column B: $ 28,018.00

Case 25-41640-MJH    Doc 62    Filed 07/25/25    Ent. 07/25/25 17:36:02    Pg. 14 of 71

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7** | Creditor's name

Kapitus Servicing

**Creditor's mailing address**

2500 Wilson Blvd., Ste. 350
Arlington, VA 22201

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  4351 ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☑ No. Specify each creditor, including this creditor, and its relative priority.
     Umpqua Bank is superior. Relative priority of Kapitus and ODK Capital is unknown.
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Blanket lien (partially or wholly unsecured per 506(a))

$ 145,621.15

$ Undetermined

**Describe the lien**
Loan agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.8** | Creditor's name

ODK Capital, LLC

**Creditor's mailing address**

4700 Daybreak Pkwy, Ste. 200
South Jordan, UT 94009

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☑ No. Specify each creditor, including this creditor, and its relative priority.
     Umpqua Bank is superior. Relative priority of Kapitus and ODK Capital is unknown.
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Blanket lien (partially or wholly unsecured per 506(a))

$ 86,603.00

$ Undetermined

**Describe the lien**
Loan agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | AirX LLC | Case number (if known) | 25-41640 |
|---|---|---|---|
| | Name | | |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Debtor    AirX LLC

United States Bankruptcy Court for the:    Western District of Washington

Case number    25-41640
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
City of Portland - Revenue Bureau
City Attorney's Office
1221 SW 4th Ave., Rm 430
Portland, OR 97204

**As of the petition filing date, the claim is:** $ 0.00        $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

**Basis for the claim:**
Precautionary

Last 4 digits of account
number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**2.2** Priority creditor's name and mailing address
Internal Revenue Service - Attn: Centralized
Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101

**As of the petition filing date, the claim is:** $ 0.00        $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

**Basis for the claim:**
Precautionary

Last 4 digits of account
number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**2.3** Priority creditor's name and mailing address
Oregon Department of Revenue - Attn:
Bankruptcy Unit
955 Center St. NE
Salem, OR 97301

**As of the petition filing date, the claim is:** $ 0.00        $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

**Basis for the claim:**
Precautionary

Last 4 digits of account
number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

| Debtor | AirX LLC | Case number (if known) | 25-41640 |
|---|---|---|---|
| | Name | | |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.4**   **Priority creditor's name and mailing address**    $ 0.00    $ _____

Washington Department of Revenue
2101 4th Ave #1400
Seattle, WA 98121-2300

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Precautionary
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2.5**   **Priority creditor's name and mailing address**    $ 0.00    $ _____

Washington State Department of Labor & Industries
7273 Linderson Way SW
Tumwater, WA 98501-5414

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
Precautionary
_____

**Basis for the claim:**
Taxes & Other Government Units
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.**   **Priority creditor's name and mailing address**    $ _____    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2.**   **Priority creditor's name and mailing address**    $ _____    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

| Debtor | AirX LLC | Case number (if known) | 25-41640 |
|---|---|---|---|
| | Name | | |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**
**Nonpriority creditor's name and mailing address**
360 Sheet Metal Products
PO Box 5708
Vancouver, WA 98668

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 14,113.95

**Date or dates debt was incurred** 6/5/2025
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2**
**Nonpriority creditor's name and mailing address**
Accurate Balancing Agency Inc
P.O. Box 653
Beaverton , OR 97075

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 64,037.50

**Date or dates debt was incurred** 5/31/2025
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.3**
**Nonpriority creditor's name and mailing address**
Accurate Concrete Cutting
6816 NE 40th Ave
Ste A
Vancouver , WA 98661

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 600.00

**Date or dates debt was incurred** 2/27/2025
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.4**
**Nonpriority creditor's name and mailing address**
ACI Mechanical & HVAC
6821 NE Columbia Blvd
Suite 14
Portland , OR 97218

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 96,316.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** 9489

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.5**
**Nonpriority creditor's name and mailing address**
Acme Construction Supply
4040 Douglas Way
Lake Oswego , OR 97035

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 28,301.29

**Date or dates debt was incurred** 5/30/2025
**Last 4 digits of account number** 7426

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.6**
**Nonpriority creditor's name and mailing address**
Air Reps
3290 146th Place SE; Ste F
Bellevue, WA 98007

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 193,424.55

**Date or dates debt was incurred** 5/28/2025
**Last 4 digits of account number** AIRX

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 7 **Nonpriority creditor's name and mailing address**

Air Treatment
640 N. Puente Street
Brea , CA 92821

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,300.00

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred   5/9/2025

Last 4 digits of account number   RX01

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8 **Nonpriority creditor's name and mailing address**

Anchor Insurance & Surety Inc.
P.O. Box 2808
Portland , OR 97208

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63,865.00

**Basis for the claim:**

Date or dates debt was incurred   5/31/2025

Last 4 digits of account number   C-01

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 9 **Nonpriority creditor's name and mailing address**

Arock Technologies
4120 SE International Way
Ste A106
Milwaukie , OR 97222

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,464.40

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred   10/24/2024

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 10 **Nonpriority creditor's name and mailing address**

Ascent Electric LLC
27304 NE 10th Ave. Ste. 100
Ridgefield , WA 98642

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 88,370.49

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred   4/30/2025

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 11 **Nonpriority creditor's name and mailing address**

ATS Automation
450 Shattuck Ave S
Renton, WA 98057

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,075.48

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred   06/23/2025

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AirX LLC | Case number (if known) | 25-41640 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12 Nonpriority creditor's name and mailing address**

ATS Automation
450 Shattuck Ave S
Renton, WA 98057

**As of the petition filing date, the claim is:** $39,443.52
Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Contingent - Subject to "Paid when Paid" Clause

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.13 Nonpriority creditor's name and mailing address**

Barnhart
Dept 1906
PO BOX 2153
Birmingham , AL 35287

**As of the petition filing date, the claim is:** $5,939.60
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred    5/27/2025

Last 4 digits of account number    AirX

**3.14 Nonpriority creditor's name and mailing address**

Barrett & Co
4910 NW Camas Meadows Dr
Ste 100
Camas, WA 98607

**As of the petition filing date, the claim is:** $7,500.00
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred    6/30/25

Last 4 digits of account number _____

**3.15 Nonpriority creditor's name and mailing address**

Better Air Northwest
1418 SE 14th Place
Ste A100
Battle Ground, WA 98604

**As of the petition filing date, the claim is:** $18,531.00
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred    05/06/2025

Last 4 digits of account number _____

**3.16 Nonpriority creditor's name and mailing address**

Billd Exchange LLC
3800 N. Lamar Blvd., Ste. 210
Austin, TX 78756

**As of the petition filing date, the claim is:** $131,698.00
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred    5/23/25

Last 4 digits of account number _____

| Debtor | AirX LLC | Case number (if known) | 25-41640 |
|---|---|---|---|
| | Name | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17** Nonpriority creditor's name and mailing address

CaptiveAire Systems
2702 NE 114th Ave
Suite 2
Vancouver , WA 98684

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 290.00

| Date or dates debt was incurred | 5/26/2025 |
|---|---|
| Last 4 digits of account number | 4829 |

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

Carrier
3215 S 116th St. Suite 133
Tukwila, WA 98168

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 159.50

| Date or dates debt was incurred | 5/12/2025 |
|---|---|
| Last 4 digits of account number | 4002 |

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

CITC of WA
1930 116th Ave NE
Bellevue, WA 98004

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 5,132.60

| Date or dates debt was incurred | 5/1/2025 |
|---|---|
| Last 4 digits of account number | |

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

City of Vancouver
PO Box 8995
Vancouver , WA 98668

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 1,094.00

| Date or dates debt was incurred | 5/16/2025 |
|---|---|
| Last 4 digits of account number | |

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

City of Vancouver Fire Dept.
7110 NE 63rd St.
Vancouver, WA 98661

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Precautionary

$ 0.00

| Date or dates debt was incurred | |
|---|---|
| Last 4 digits of account number | |

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.22 Nonpriority creditor's name and mailing address**

CNA Insurance
PO Box 74007619
Chicago, IL 60674-7619

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 533.75

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23 Nonpriority creditor's name and mailing address**

Concrete Sawing Company6, Inc.
16119 Evelyn St.
Clackamas, OR 97015

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,990.00

**Date or dates debt was incurred** 4/28/2025

**Last 4 digits of account number** 6543

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24 Nonpriority creditor's name and mailing address**

Distribution International
PO Box 31001-3072
Pasadena, CA 91110-3072

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 19,825.34

**Date or dates debt was incurred** 6/13/2025

**Last 4 digits of account number** 9148

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.25 Nonpriority creditor's name and mailing address**

Dorse & Company
5000 1st Ave S
Seattle, WA 98134

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 17,158.00

**Date or dates debt was incurred** 5/12/2025

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26 Nonpriority creditor's name and mailing address**

Dux Supply
9317 NE 72nd Ave
Vancouver , WA 98665

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 46,375.72

**Date or dates debt was incurred** 5/30/2025

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** Nonpriority creditor's name and mailing address

Edge Control Solutions LLC
PO Box 1024
Washougal , WA 98671

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 9,195.56

Date or dates debt was incurred    3/17/2025
Last 4 digits of account number    LLC

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

Environmental Controls Corp.
15954 SW 72nd Ave
Tigard, OR 97224

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 15,144.00

Date or dates debt was incurred    2/10/2025
Last 4 digits of account number    RLLC

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.29** Nonpriority creditor's name and mailing address

FastEST, Inc.
PO Box 20843
Wichita, KS 67208

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,272.00

Date or dates debt was incurred    3/1/2025
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address

Ferguson
PO Box 847411
Dallas, TX 75284-7411

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 75,391.88

Date or dates debt was incurred    02/06/2025
Last 4 digits of account number    2550

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address

FiberJet Corporation
1097 Elmswell Ln
Lyman, SC 29365

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 16,000.00

Date or dates debt was incurred    6/2/2025
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** Nonpriority creditor's name and mailing address

Finish Line Concrete Cutting
PO Box 821409
Vancouver , WA 98682

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 8,940.00**

Date or dates debt was incurred    1/17/2025

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.33** Nonpriority creditor's name and mailing address

Gensco Inc.
PO Box 2905
Tacoma, WA 98401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 57,717.64**

Date or dates debt was incurred    5/27/2025

Last 4 digits of account number    0065

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address

Ground Penetrating Radar
1901 Indian Wood Cir
Maumee, OH 43537

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**$ 675.00**

Date or dates debt was incurred    6/17/2025

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address

Hilti
5400 S 122nd E Ave
Tulsa , OK 74146

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 844.22**

Date or dates debt was incurred    3/31/2025

Last 4 digits of account number    2069

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address

Infinite Build LLC
P.O. Box 3064
Battle Ground, WA 98604

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 2,375.00**

Date or dates debt was incurred    3/22/2025

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AirX LLC | Case number *(if known)* | 25-41640 |
|--------|----------|--------------------------|----------|
|        | Name     |                          |          |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.37** Nonpriority creditor's name and mailing address

J.R. Swigart Co., Inc.
104 NE 194th St.
Ridgefield, WA 98642

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    04/23/2025

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11,569.00

---

**3.38** Nonpriority creditor's name and mailing address

J.R. Swigart Co., Inc.
104 NE 194th St.
Ridgefield, WA 98642

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent - Subject to "Paid when Paid" Clause

Date or dates debt was incurred    _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,500.00

---

**3.39** Nonpriority creditor's name and mailing address

Jackola
2250 Highway 93 South
Kalispell, MT 59901

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Precautionary

Date or dates debt was incurred    2/28/2025

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.40** Nonpriority creditor's name and mailing address

JB Oregon Inc.
549 S Dawson St
Seattle, WA 98108

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    5/20/2025

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 87,384.35

---

**3.41** Nonpriority creditor's name and mailing address

Johnson Air Products
P.O. Box 15098
Portland, OR 97293

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    6/4/2025

Last 4 digits of account number    5002

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 35,949.42

## Part 2:   Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.42** **Nonpriority creditor's name and mailing address**

Johnson Controls International
PO BOX 730068
Dallas, TX 75373-0068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 86,527.89

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred**  07/09/2024

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.43** **Nonpriority creditor's name and mailing address**

Johnstone Supply Inc.
12000 NE 60th Way
Vancouver , WA 98682

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 114.47

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred**  4/7/2025

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  3026

---

**3.44** **Nonpriority creditor's name and mailing address**

JPMorgan Chase Bank, NA
700 Kansas Lane
Mail Code LA4-7100
Monroe, LA 71203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43,316.00

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  9024

---

**3.45** **Nonpriority creditor's name and mailing address**

JPMorgan Chase Bank, NA
700 Kansas Lane
Mail Code LA4-7100
Monroe, LA 71203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23,262.71

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  5370

---

**3.46** **Nonpriority creditor's name and mailing address**

JRT Mechanical Service Solutiions
2211 SE Grace Ave
Battle Ground , WA 98604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,940.73

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred**  6/5/2025

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 47 **Nonpriority creditor's name and mailing address**

Jubitz
PO Box 11251
Portland, OR 97211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** 5/31/2025

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,549.61

---

**3.** 48 **Nonpriority creditor's name and mailing address**

Kojo Technologies
PO Box 103280
Pasadena, CA 91189-3280

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** 7/1/2025

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,944.01

---

**3.** 49 **Nonpriority creditor's name and mailing address**

Linde Gas & Equipment
P.O. Box 120812
Dallas, TX 75312-0812

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** 1/4/2025

**Last 4 digits of account number** 5285

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 739.07

---

**3.** 50 **Nonpriority creditor's name and mailing address**

MacDonald-Miller Facility Solutions
17930 International Blvd. Ste
120
Seatac, WA 98188

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** 4/16/2025

**Last 4 digits of account number** 5433

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,981.65

---

**3.** 51 **Nonpriority creditor's name and mailing address**

MacDonald-Miller Facility Solutions
17930 International Blvd. Ste
120
Seatac, WA 98188

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent - Subject to "Paid when Paid" Clause

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 5433

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 56,651.35

**Part 2:** Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** **52** Nonpriority creditor's name and mailing address

Mason Oregon Inc.
5550 NE Clara Lane
Hillsboro, OR 97124

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 4,302.36

| Date or dates debt was incurred | 2/18/2025 |
| --- | --- |
| Last 4 digits of account number | AirX |

Is the claim subject to offset?
☑ No
☐ Yes

**3.** **53** Nonpriority creditor's name and mailing address

McDonald & Wetle, Inc.
2020 Northeast 194th Avenue
Portland , OR 97230

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 1,000.00

| Date or dates debt was incurred | 2/20/2025 |
| --- | --- |
| Last 4 digits of account number | |

Is the claim subject to offset?
☑ No
☐ Yes

**3.** **54** Nonpriority creditor's name and mailing address

MCK Tool & Supply
PO Box 1465
Vancouver , WA 98668

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 29.75

| Date or dates debt was incurred | 5/12/2025 |
| --- | --- |
| Last 4 digits of account number | 8 |

Is the claim subject to offset?
☑ No
☐ Yes

**3.** **55** Nonpriority creditor's name and mailing address

MI Controls
PO BOX 102347
Pasadena, CA 91189-2347

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 533.33

| Date or dates debt was incurred | 1/15/25 |
| --- | --- |
| Last 4 digits of account number | 2659 |

Is the claim subject to offset?
☑ No
☐ Yes

**3.** **56** Nonpriority creditor's name and mailing address

Ness Campbell Crane & Rigging
PO Box 4800
Unit 14
Portland , OR 97208

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 2,599.05

| Date or dates debt was incurred | 9/30/2024 |
| --- | --- |
| Last 4 digits of account number | R006 |

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.57** Nonpriority creditor's name and mailing address

Neudorfer Engineers
5516 1st Ave S
Seattle, WA 98108

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 22,356.50

Date or dates debt was incurred    12/26/2024

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address

Neudorfer Engineers
5516 1st Ave S
Seattle, WA 98108

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Contingent - Subject to "Paid when Paid" Clause

$ 15,893.50

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address

OmniDuct
6400 Artesia Blvd
Buena Park , CA 90620

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 15,794.61

Date or dates debt was incurred    6/2/2025

Last 4 digits of account number    X100

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address

Paramount Supply
816 SE Ash st.
Portland, OR 97214

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 8,623.10

Date or dates debt was incurred    12/30/2024

Last 4 digits of account number    0150

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.61** Nonpriority creditor's name and mailing address

PCI-Performance Contracting
PO Box 872346
Kansas City , MO 64187

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 24,838.50

Date or dates debt was incurred    8/14/2024

Last 4 digits of account number    2017

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62** Nonpriority creditor's name and mailing address

Performance Systems Integration
7324 SW Durham Road
Portland , OR 97224

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 902.70**

Date or dates debt was incurred    4/29/2025
Last 4 digits of account number    0651

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.63** Nonpriority creditor's name and mailing address

Piper Mechanical
9321 NE 72nd Ave Suite 6
Vancouve, WA 98665

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 12,154.00**

Date or dates debt was incurred    12/20/24
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.64** Nonpriority creditor's name and mailing address

Piper Mechanical
9321 NE 72nd Ave Suite 6
Vancouver, WA 98665

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent - Subject to "Paid when Paid" Clause

**$ 3,686.00**

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.65** Nonpriority creditor's name and mailing address

Platt Electric
PO Box 418759
Boston, MA 02241-8759

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 5,893.17**

Date or dates debt was incurred    3/7/2025
Last 4 digits of account number    9381

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.66** Nonpriority creditor's name and mailing address

PMAC Service LLC
1719 270th Pl
Camas , WA 98607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 12,993.75**

Date or dates debt was incurred    1/27/2025
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.67 Nonpriority creditor's name and mailing address**

Portland State University
PO Box 908
Portland, OR 97207

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 15.00

| Date or dates debt was incurred | 6/2/2025 |
| Last 4 digits of account number | 5024 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.68 Nonpriority creditor's name and mailing address**

Prairie Electric
27050 NE 10th Avenue
Ridgefield, WA 98642

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 11,146.66

| Date or dates debt was incurred | 1/21/2025 |
| Last 4 digits of account number | 1114 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.69 Nonpriority creditor's name and mailing address**

Precision Test & Balance Inc.
PO Box 952
Wilsonville , OR 97070

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 25,654.25

| Date or dates debt was incurred | 2/13/25 |
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.70 Nonpriority creditor's name and mailing address**

Precision Test & Balance Inc.
PO Box 952
Wilsonville , OR 97070

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent - Subject to "Paid when Paid" Clause

$ 38,245.75

| Date or dates debt was incurred | |
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.71 Nonpriority creditor's name and mailing address**

Puget Sound Pipe & Supply
PO Box 97010
Kent, WA 98064-9710

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 19,953.26

| Date or dates debt was incurred | 5/15/25 |
| Last 4 digits of account number | 6788 |

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.72** Nonpriority creditor's name and mailing address

Senva, Inc.
1825 NW 167th Place
Beaverton, OR 97006

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 562.12**

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    3/3/2025

Last 4 digits of account number    4170

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.73** Nonpriority creditor's name and mailing address

SmartTAB LLC
2040 Delameter Rd.
Castle Rock , WA 98611

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 11,100.00**

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    1/10/2025

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.74** Nonpriority creditor's name and mailing address

SmartTAB LLC
2040 Delameter Rd.
Castle Rock , WA 98611

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**$ 3,500.00**

Basis for the claim: Contingent - Subject to "Paid when Paid" Clause

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.75** Nonpriority creditor's name and mailing address

Stability Engineering Inc.
P.O. Box 2646
Corvallis, OR 97339

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 15,272.00**

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    4/8/2025

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.76** Nonpriority creditor's name and mailing address

Sunbelt Controls
888 E. Walnut Street
Pasadena , CA 91101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 241,621.16**

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    9/13/2024

Last 4 digits of account number    1892

Is the claim subject to offset?
☑ No
☐ Yes

---

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

| | Amount of claim |
|---|---|

**3.77** Nonpriority creditor's name and mailing address

Sunstate Equipment
PO Box 208439
Dallas, TX 75320-8439

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$245.48**

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred: 6/16/2025

Last 4 digits of account number: 4025

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.78** Nonpriority creditor's name and mailing address

Superior Tire Service
PO Box 13759
Salem, OR 97309

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$796.59**

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred: 7/3/2025

Last 4 digits of account number: 4103

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.79** Nonpriority creditor's name and mailing address

Swan Island Sheet Metal
PO 17177
Portland, OR 97217-6819

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,100.00**

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred: 1/22/2025

Last 4 digits of account number: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.80** Nonpriority creditor's name and mailing address

Thompson Electrical Construction
PO Box 45260
Tacoma, WA 98448

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,033.75**

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred: 6/18/25

Last 4 digits of account number: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.81** Nonpriority creditor's name and mailing address

Thompson Electrical Construction
PO Box 45260
Tacoma, WA 98448

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**$38,641.25**

Basis for the claim: Contingent - Subject to "Paid when Paid" Clause

Date or dates debt was incurred: _____

Last 4 digits of account number: _____

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.82** Nonpriority creditor's name and mailing address

Trane U.S. Inc
P.O. Box 98167
Chicago , IL 60693

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 73,948.93

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    04/29/2025

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    9619

---

**3.83** Nonpriority creditor's name and mailing address

Umpqua Bank
455 SE Main St.
Roseburg, OR 97470

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,765.68

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    1061

---

**3.84** Nonpriority creditor's name and mailing address

Umpqua Bank
455 SE Main St.
Roseburg, OR 97470

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14,824.57

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    7271

---

**3.85** Nonpriority creditor's name and mailing address

United Refrigeration
1527 SE Schiller St.
Portland , OR 97202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,434.11

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    5/30/2025

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    1865

---

**3.86** Nonpriority creditor's name and mailing address

United Rentals
P.O.Box 051122
Los Angeles, CA 90074-1122

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 99,105.36

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    6/13/2025

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    0228

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.87** Nonpriority creditor's name and mailing address

Washington State Dept of Transp
PO Box 47300
Olympia, WA 98504

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 6.90

Date or dates debt was incurred   6/7/2025

Last 4 digits of account number   2302

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.88** Nonpriority creditor's name and mailing address

Waste Connections of WA - Vancouver District
2010
PO Box 7428
Pasadena, CA 91109

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 369.31

Date or dates debt was incurred   7/1/2025

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.89** Nonpriority creditor's name and mailing address

Waste Management Corp.
PO Box 541065
Los Angeles , CA 90054

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,332.82

Date or dates debt was incurred   4/1/2025

Last 4 digits of account number   3005

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.90** Nonpriority creditor's name and mailing address

Water Solutions NW Inc.
6405 NE 116th Ave.
#107
Vancouver, WA 98662

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,406.00

Date or dates debt was incurred   04/01/2025

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.91** Nonpriority creditor's name and mailing address

Waypoint Engineering
700 Washington St., Ste. 605
Vancouver, WA 98660

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent - Subject to "Paid when Paid" Clause

$ 2,100.00

Date or dates debt was incurred   6/23/2025

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AirX LLC | Case number (if known) | 25-41640 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 92 **Nonpriority creditor's name and mailing address**

West Wire Electric LLC
PO Box 38
Brush Prairie , WA 98606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent - Subject to "Paid when Paid" Clause

$ 45,351.65

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 93 **Nonpriority creditor's name and mailing address**

West Wire Electric LLC
PO Box 38
Brush Prairie , WA 98606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,183.25

**Date or dates debt was incurred** 4/14/2025

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 94 **Nonpriority creditor's name and mailing address**

Westmore Construction
PO Box 461
Brush Prairie, WA 98606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5,276.65

**Date or dates debt was incurred** 12/30/2024

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ____ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.** ____ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|------|--------------------------|---------------------------------------------------------------------------|------------------------------------------|
| 4.1. | Portland Revenue Bureau<br>111 SW Clumbia St. #600<br>Portland, OR 97201 | Line 2.1<br>☐ Not listed. Explain: | _____ |
| 4.2. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.3. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| 5a. **Total claims from Part 1** | 5a. | $ | 0.00 |
| 5b. **Total claims from Part 2** | 5b. | **+** $ | 2,230,118.07 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 2,230,118.07 |

## Fill in this information to identify the case:

Debtor name    AirX LLC

United States Bankruptcy Court for the:    Western District of Washington

Case number (If known):    25-41640        Chapter    11

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | Job contract | Genteel Investments, LLC |
| | State what the contract or lease is for and the nature of the debtor's interest | PO Box 1434 |
| | | Vancouver, WA, 98668 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.2** | Job contract | LMC Inc. |
| | State what the contract or lease is for and the nature of the debtor's interest | 19200 SW Teton Ave |
| | | Tualatin, OR, 97062 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.3** | Job contract | Olson LLC |
| | State what the contract or lease is for and the nature of the debtor's interest | PO Box 907 |
| | | Newberg, OR, 97132 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.4** | Job contract | Prospect Construction Inc. |
| | State what the contract or lease is for and the nature of the debtor's interest | 116 23rd St SE |
| | | Puyllaup, WA, 98372 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.5** | Job contract | Home Forward |
| | State what the contract or lease is for and the nature of the debtor's interest | 135 SW Ash Street |
| | | Portland, OR, 97204 |
| | State the term remaining | |
| | List the contract number of any government contract | |

 Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.6**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number o any government contract

Job contract

iBuild PDX
2812 NW Thurman St
Portland, OR, 97210

---

**2.7**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Job contracts (2)

McClure & Sons Inc
15714 County Club Drive
Bothell, WA, 98012

---

**2.8**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Job contract

Owen Gabbert, LLC
3824 N. Vancouver Ave
Portland, OR, 97227

---

**2.9**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Job contract

McKenzie Commercial Contractor
3625 West First Ave.
Eugene, OR, 97402

---

**2.10**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Job contract

Northeast Electric
1780 Down River Drive
Woodland, WA, 98674

---

**2.11**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Job contracts (3)

Inline Commercial Construction
18880 SW Shaw St
Beaverton, OR, 97007

---

**2.12**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Job contracts (3)

North Clackamas School District
12400 SE Freeman Way
Portland, OR, 97222

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.13** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number o any government contract | Job contract <br><br><br> JW Fowler <br> 12775 Westview Drive <br> Dallas, OR, 97338 |
| **2.14** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | General Agreement of Indemnity <br><br><br> SureTec Insurance Co. (aka Markel Insurance Co) <br> 9500 Arboretum Blvd. <br> Suite 400 <br> Austin, TX, 78759 |
| **2.15** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | Job conttract <br><br><br> 2KG Contractors Inc. <br> 4917 NE 185th Drive <br> Portland, OR, 97230 |
| **2.16** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | Job contract <br><br><br> Advanced Excavation Inc. <br> P.O. Box 868 <br> Garibaldi, OR, 97118 |
| **2.17** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | Job contract <br><br><br> Apex Mechanical <br> 1507 SE Eaton Blvd <br> Battle Ground, WA, 98604 |
| **2.18** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | Job contracts (3) <br><br><br> Baldwin General Contracting <br> 1224 Santiam Rd SE <br> Albany, OR, 97321 |
| **2.19** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | Job contracts (2) <br><br><br> Bremik Construction <br> 1026 SE Stark St <br> Portland, OR, 97214 |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | Job contract | Buildskape LLC<br>8285 SW Nimbus Ave, Ste. 113<br>Beaverton, OR, 97008 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | Job contracts(2) | City of Bellevue<br>PO Box 90012<br>Bellevue, WA, 98009 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | Job contract | Clackamas Middle College<br>12021 SE 82nd Ave<br>Happy Valley, OR, 97086 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | Job contracts (3) | Colf Construction<br>PO Box 1434<br>Vancouver, WA, 98668 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | Job contract | Construction Services Group<br>5706 NE 112th Ave<br>Vancouver, WA, 98662 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | Job contract | Creative Contracting Inc.<br>25027 Hwy 224<br>Boring, OR, 97009 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | Job contract | C-TRAN<br>10600 NE 51st Circle<br>Vancouver, WA, 98665 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.27** State what the contract or lease is for and the nature of the debtor's interest | Job contract | DBSI, Inc. 6950 West Morelos Place Chandler, AZ, 85226 |
| State the term remaining | | |
| List the contract number o any government contract | | |

| | | |
| --- | --- | --- |
| **2.28** State what the contract or lease is for and the nature of the debtor's interest | Job contract | Emery and Sons PO BOX 13069 Salem, OR, 97309 |
| State the term remaining | | |
| List the contract number of any government contract | | |

| | | |
| --- | --- | --- |
| **2.29** State what the contract or lease is for and the nature of the debtor's interest | Job contract | Enformed Construction Services 22461 Interstate 30, Ste. 200 Bryant, AR, 72022 |
| State the term remaining | | |
| List the contract number of any government contract | | |

| | | |
| --- | --- | --- |
| **2.30** State what the contract or lease is for and the nature of the debtor's interest | Job contract | R.L Reimers Company 3939 Old Salem Rd #200 Albany, OR, 97321 |
| State the term remaining | | |
| List the contract number of any government contract | | |

| | | |
| --- | --- | --- |
| **2.31** State what the contract or lease is for and the nature of the debtor's interest | Job contract | Ross Builders 3155 SE Century Blvd. Ste. B Hillsboro, OR, 97123 |
| State the term remaining | | |
| List the contract number of any government contract | | |

| | | |
| --- | --- | --- |
| **2.32** State what the contract or lease is for and the nature of the debtor's interest | Job contracts (3) | Rotschy LLC 7408 NE 113th Circle Vancouver, WA, 98662 |
| State the term remaining | | |
| List the contract number of any government contract | | |

| | | |
| --- | --- | --- |
| **2.33** State what the contract or lease is for and the nature of the debtor's interest | General Indemnity Agreement | Philadelphia Indemnity Insurance Co. c/o Paul K. Friedrich 92 Lenora St. #119 Seattle, WA, 98121 |
| State the term remaining | | |
| List the contract number of any government contract | | |

| Debtor | AirX LLC | Case number (if known) | 25-41640 |
|--------|----------|------------------------|----------|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | Commercial Lease Agreement for 6115 NE 88th St., Vancouver Lessee | CFW Properties 6015 NE 88th St. Vancouver, WA, 98665 |
| | **State the term remaining** | | |
| | **List the contract number o any government contract** | | |
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | Job contracts (2) | Portland State University PO Box 751 FAST-CAPS Portland, OR, 97207 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | Job Contract | Slayden Constructors, Inc. 550 Hawthorne Ave. SE STE 200 Salem, OR, 97301 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | Job Contract | Stellar J Corporation 1363 Down River Dr. Woodland, WA, 98674 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | Job Contract | C-TRAN 10600 NE 51st Circle Vancouver, WA, 98665 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | Job Contract | Port of Portland P.O. Box 3529 Portland, OR, 97208 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | Job Contract | Port of Portland P.O. Box 3529 Portland, OR, 97208 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

## ■ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

Job Contracts (2)

**2.41**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number o any government contract

Washington State Department of Enterprise Services
PO Box 41401
Olympia, WA, 98504

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Alex Kemppainen | 6115 NE 88th St. Vancouver, WA 98665 | Kapitus Servicing Inc. | ☒ D ☐ E/F ☐ G |
| 2.2 Alex Kemppainen | 6115 NE 88th St. Vancouver, WA 98665 | ODK Capital, LLC | ☒ D ☐ E/F ☐ G |
| 2.3 Alex & Cherie Kempp | 6115 NE 88th St. Vancouver, WA 98665 | Philadelphia Indemnity Ins | ☐ D ☐ E/F ☒ G |
| 2.4 Alex & Cherie Kempp | 6115 NE 88th St. Vancouver, WA 98665 | SureTec Insurance Co. (a | ☐ D ☐ E/F ☒ G |
| 2.5 Alex Kemppainen | 6115 NE 88th St. Vancouver, WA 98665 | Umpqua Bank | ☒ D ☐ E/F ☐ G |
| 2.6 Philadelphia Indemni | 92 Lenora St. #119 Seattle, WA 98121 | Portland State University | ☐ D ☐ E/F ☒ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.7 | Philadelphia Indemnity Insurance Co., c/o Paul K. Friedrich | 92 Lenora St. #119 Seattle, WA 98121 | C-TRAN | ☐ D ☐ E/F ☑ G |
| 2.8 | Philadelphia Indemnity Insurance Co., c/o Paul K. Friedrich | 92 Lenora St. #119 Seattle, WA 98121 | Rotschy LLC | ☐ D ☐ E/F ☑ G |
| 2.9 | Philadelphia Indemnity Insurance Co., c/o Paul K. Friedrich | 92 Lenora St. #119 Seattle, WA 98121 | LMC Inc. | ☐ D ☐ E/F ☑ G |
| 2.10 | Philadelphia Indemnity Insurance Co., c/o Paul K. Friedrich | 92 Lenora St. #119 Seattle, WA 98121 | North Clackamas School District | ☐ D ☐ E/F ☑ G |
| 2.11 | Philadelphia Indemnity Insurance Co., c/o Paul K. Friedrich | 92 Lenora St. #119 Seattle, WA 98121 | Construction Services Group | ☐ D ☐ E/F ☑ G |
| 2.12 | Markel Insurance Company | 9500 Arboretum Blvd. Suite 400 Austin, TX 78759 | City of Bellevue | ☐ D ☐ E/F ☑ G |
| 2.13 | SureTec Insurance Company | 9500 Arboretum Blvd. Suite 400 Austin, TX 78759 | Stellar J Corporation | ☐ D ☐ E/F ☑ G |
| 2.14 | Markel Insurance Company | 9500 Arboretum Blvd. Suite 400 Austin, TX 78759 | Baldwin General Contracting | ☐ D ☐ E/F ☑ G |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.<u>15</u> SureTec Insurance Company | 9500 Arboretum Blvd. Suite 400 Austin, TX 78759 | Slayden Constructors, Inc. | ❏ D<br>❏ E/F<br>☑ G |
| 2.<u>16</u> SureTec Insurance Company | 9500 Arboretum Blvd. Suite 400 Austin, TX 78759 | C-TRAN | ❏ D<br>❏ E/F<br>☑ G |
| 2.<u>17</u> SureTec Insurance Company | 9500 Arboretum Blvd. Suite 400 Austin, TX 78759 | Port of Portland | ❏ D<br>❏ E/F<br>☑ G |
| 2.<u>18</u> Merchants Bonding Company (Mutual) | 6700 Westown Pkwy. West Des Moines, IA 50266 | Bremik Construction | ❏ D<br>❏ E/F<br>☑ G |
| 2.<u>19</u> Philadelphia Indemnity Insurance Co., c/o Paul K. Friedrich | 92 Lenora St. #119 Seattle, WA 98121 | Port of Portland | ❏ D<br>❏ E/F<br>☑ G |
| 2.<u>20</u> Philadelphia Indemnity Insurance Co., c/o Paul K. Friedrich | 92 Lenora St. #119 Seattle, WA 98121 | Washington State Department of Enterprise Services | ❏ D<br>❏ E/F<br>☑ G |
| 2.___ | | | ❏ D<br>❏ E/F<br>❏ G |
| 2.___ | | | ❏ D<br>❏ E/F<br>❏ G |

**Fill in this information to identify the case:**

Debtor name ___AirX LLC___

United States Bankruptcy Court for the: ___Western District of Washington___

Case number (If known): ___25-41640___

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025 <br> MM / DD / YYYY | to | Filing date | ☑ Operating a business <br> ☐ Other | $ 4,912,122.00 |
| **For prior year:** | From 01/01/2024 <br> MM / DD / YYYY | to | 12/31/2024 <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other | $ 11,463,704.00 |
| **For the year before that:** | From 01/01/2023 <br> MM / DD / YYYY | to | 12/31/2023 <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other | $ 2,727,181.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <br> MM / DD / YYYY | to | Filing date | | $ |
| **For prior year:** | From <br> MM / DD / YYYY | to | <br> MM / DD / YYYY | | $ |
| **For the year before that:** | From <br> MM / DD / YYYY | to | <br> MM / DD / YYYY | | $ |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | ACI Mechanical & HVAC<br>Creditor's name<br>6821 NE Columbia Blvd<br>Suite 14<br>Portland , OR 97218 | Total Paid in 90 Days<br>Pre-Petition - Most Recent:<br>05/15/2025 | $ 79,782.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | United Rentals<br>Creditor's name<br>P.O.Box 051122<br>Los Angeles, CA 90074-1122 | Total Paid in 90 Days<br>Pre-Petition - Most Recent:<br>07/10/2025 | $ 15,193.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Alex Kemppainen<br>Insider's name<br>8517 NE 244th St<br>Battle Ground, WA 98604 | _____ | $ 119,999.00 | Wages from July 10, 2024 - July 10, 2025 |
| | Relationship to debtor<br>Owner | | | |
| 4.2. | Alex Kemppainen<br>Insider's name<br>8517 NE 244th St.<br>Battle Ground, WA 98604 | _____ | $ 61,955.23 | Member Draws & Personal Expenses from July 10, 2024 - July 10, 2025 |
| | Relationship to debtor<br>Owner | | | |

Case 25-41640-MJH    Doc 62    Filed 07/25/25    Ent. 07/25/25 17:36:02    Pg. 51 of 71

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name | | _____ | $_____ |
| 5.2. _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |
| | Last 4 digits of account number: XXXX– _____ | | |

---

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>_____ | | | |

| Case title | | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>_____ | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

## Part 4:  Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| Stolen Tool in Year Before Petition: (2) 50ft extension cords | 0.00 | 7/2024 | $65.19 |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Tabor Law Group | | May-Jul 2025 | $ 55,000.00 |
|  | **Address** | | | |
|  | 4110 SE Hawthorne Blvd., PMB 506 Portland, OR 97214 | | | |
|  | **Email or website address** | | | |
|  | | | | |
|  | **Who made the payment, if not debtor?** | | | |
|  | | | | |

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $_____ |
|  | **Address** | | | |
|  | | | | |
|  | **Email or website address** | | | |
|  | | | | |
|  | **Who made the payment, if not debtor?** | | | |
|  | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

|  | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
|  | | | | $_____ |
|  | **Trustee** | | | |
|  | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $ _____ |
| | **Address** | | | |
| | _____ | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $ _____ |
| | _____ | | | |
| | **Address** | | | |
| | _____ | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | | | |
|---|---|---|---|---|---|
| 14.1. | 22515 NE 92nd Ave.<br>Battle Ground, WA 98604 | From | 03/2023 | To | 03/2024 |
| 14.2. | 8517 NE 244th St.<br>Battle Ground, WA 98604 | From | 09/2021 | To | 03/2023 |

| Part 8: | Health Care Bankruptcies |
|---------|--------------------------|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---------|-------------------------------------|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ <br> Name | XXXX–_____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |
| 18.2. | _____ <br> Name | XXXX–_____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br><br> Address | | | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br><br> Address | | | ☐ No <br> ☐ Yes |

Case 25-41640-MJH   Doc 62   Filed 07/25/25   Ent. 07/25/25 17:36:02   Pg. 57 of 71

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name | | | $_____ |

---

**Part 12:**    **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____  To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____  To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____  To _____ |

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Your HR Place<br>Name<br>3100 Falk Rd #R111, Vancouver, WA 98661 | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. Barrett & Company, PLLC<br>Name<br>4910 NW Camas Meadows Dr., Ste 100, Camas, WA 98607 | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br>Name | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. Anchor Insurance & Surety Inc. |
| Name |
| P.O. Box 2808, Portland, OR 97208 |

| Name and address |
|---|
| 26d.2. Kapitus Servicing Inc. |
| Name |
| 2500 Wilson Blvd., Ste. 350, Arlington, VA 22201 |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.2. |
| Name |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Alex Kemppainen | 6115 NE 88th St., Vancouver, WA 98665 | Sole member | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Mike Kemppainen | 1,600.00 | | Wages from July 10, 2024 - July 10, 2025 |
| Name | | | |
| 31500 NE 134th Ct. | | | |
| Battle Ground, WA 98604 | | | |

| Relationship to debtor |
|---|
| Employee / Father of Alex Kemppainen |

| Name and address of recipient | 6,400.00 | | Wages for Temporary Job (Last day 6/20/2025). |
|---|---|---|---|

30.2

Tayleb Rosenlund
Name

| Relationship to debtor |
|---|

Owner's 2nd Cousin

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: |

---

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/25/2025
     MM / DD / YYYY

✖ /s/ Alex Kemppainen        Printed name   Alex Kemppainen
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Owner & Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

## Continuation Sheet for Official Form 207

3) Certain payments or transfers to creditors within 90 days before filing this case

| | | |
|---|---|---|
| Ferguson, PO Box 847411, Dallas, TX 75284-7411 | $20,922.81 | Suppliers or vendors |
| Gensco Inc., PO Box 2905, Tacoma, WA 98401 | $100,427.24 | Suppliers or vendors |
| Jubitz, PO Box 11251, Portland, OR 97211 | $27,253.66 | Suppliers or vendors |
| Billd Exchange LLC, 3800 N. Lamar Blvd., Ste. 210, Austin, TX 78756 | $66,365.03 | Monies loaned / advanced |
| Puget Sound Pipe & Supply, PO Box 97010, Kent, WA 98064-9710 | $13,899.18 | Suppliers or vendors |
| Washington State Department of Labor & Industries, 7273 Linderson Way SW, Tumwater, WA 98501-5414 | $21,332.16 | |
| Washington Department of Revenue, 2101 4th Ave #1400, Seattle, WA 98121-2300 | $34,587.68 | |
| Air Reps, 3290 146th Place SE; Ste F, Bellevue, WA 98007 | $14,295.00 | Suppliers or vendors |
| Distribution International, PO Box 31001-3072, Pasadena, CA 91110-3072 | $13,043.71 | Suppliers or vendors |
| Kapitus Servicing Inc., 2500 Wilson Blvd., Ste. 350, Arlington, VA 22201 | $15,162.00 | Secured debt |
| Umpqua Bank, 455 SE Main St., Roseburg, OR 97470 | $152,019.30 | |
| JP Morgan Chase Bank, 700 Kansas Lane Mail Code LA4-7100, Monroe, LA 71203 | $162,679.23 | |
| Berkley North Pacifi, 11201 Douglas Ave., Urbandale, IA 50322 | $24,786.00 | |
| CFW Properties, 6015 NE 88th St., Vancouver, WA 98665 | $15,852.50 | |

### Continuation Sheet for Official Form 207

Cigna Healthcare and       $9,766.45
Life Insurance, 1601
Chestnut St., Two
Liberty Place,
Philadelphia, PA 19192

On Deck Capital - ATTN:    $22,770.82
Customer Service Inquiry,
 4700 W. Daybreak Pkwy
Suite 200, 84009

**4) Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| | | |
|---|---|---|
| Western Repair LLC | $9,292.21 | Work by Mechanic |
| Mayme Homola | $40,843.99 | Wages for work performed, July 10, 2024 - July 10, 2025. |

**10) Certain Losses**

| | | |
|---|---|---|
| Stolen Tool in Year Before Petition: (1) Makita Sawzall | $0.00 | $129.00 |
| Stolen Tool in Year Before Petition: (1) Makita Charger & Battery | $0.00 | $199.00 |
| Stolen Tool in Year Before Petition: (1) Sawzall Blades | $0.00 | $19.97 |
| Stolen Tool in Year Before Petition: (1) Gloves | $0.00 | $5.47 |
| Stolen Tool in Year Before Petition: (1) Milwaukee band saw with m18 battery | $0.00 | $1,150.04 |
| Stolen Tool in Year Before Petition: (2) Milwaukee m18 battery's and charger | $0.00 | $325.01 |
| Stolen Tool in Year Before Petition: (2) appion core removal tools. | $0.00 | $139.14 |
| Stolen Tool in Year | $0.00 | $65.18 |

## Continuation Sheet for Official Form 207

Before Petition: (1)
100ft extension cord

| | | |
|---|---|---|
| Stolen Tool in Year<br>Before Petition: (1)<br>Laser level | $0.00 | $149.97 |
| Stolen Tool in Year<br>Before Petition:(1)<br>Milwaukee press gun | $0.00 | $6,521.31 |
| Stolen Tool in Year<br>Before Petition: (1)<br>Makita roto hammer kit | $0.00 | $1,070.66 |
| Stolen Tool in Year<br>Before Petition: (3)<br>Makita Impact driver kit | $0.00 | $747.00 |
| Stolen Tool in Year<br>Before Petition: (1)<br>1/2" makita drill | $0.00 | $149.00 |
| Stolen Tool in Year<br>Before Petition: (2)<br>Makita rotohammer | $0.00 | $1,038.00 |
| Stolen Tool in Year<br>Before Petition: (1)<br>Flip bit | $0.00 | $5.97 |
| Stolen Tool in Year<br>Before Petition: (2)<br>Milwaukee batteries 5amp | $0.00 | $338.00 |
| Stolen in Tool Year<br>Before Petition: (6)<br>Makita 5 amp hour<br>batteries | $0.00 | $837.00 |
| Stolen in Tool Year<br>Before Petition: (1)<br>Rigid stackable tool box | $0.00 | $179.00 |
| Stolen Tool in Year<br>Before Petition: (2)<br>fieldpiece vacuum pumps<br>with power cords | $0.00 | $2,032.69 |
| Stolen Material in Year<br>Before Petition: (20')<br>3" copper pipe | $0.00 | $602.26 |
| Stolen Material in Year<br>Before Petition: (2) 3"<br>sweat couplings | $0.00 | $43.67 |
| Stolen Material in Year<br>Before Petition:(2) 3"<br>sweat 90 | $0.00 | $82.30 |

## Continuation Sheet for Official Form 207

Stolen Material in Year      $0.00                        $79.99
Before Petition: (2) 3"
sweat 45

26d) Creditors

Umpqua Bank                            455 SE Main St., Roseburg OR 97470

On Deck                                4700 W. Daybreak Pkwy Suite 200, 84009

30) Payments, distributions, or withdrawals credited or given to insiders

Name and Address:

Trenton Rosenlund

Amount of money or description: $6,400.00

Dates: - , - , -

Reason: Wages for Temporary Job (Last day 6/20/2025).

---

Name and Address:

Michael Redinger

Amount of money or description: $100,035.13

Dates: - , - , -

Reason: Wages for work performed, July 10, 2024 - June 20, 2025 (no longer employed).

---

Name and Address:

Molly Bunn

Amount of money or description: $19,066.50

Dates: - , - , -

Reason: Wages for work performed, July 10, 2024 - January 15, 2025 (no longer employed).

---

# Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/25/2025__         ✖ /s/ Alex Kemppainen
                MM / DD / YYYY                    _____
                                                  Signature of individual signing on behalf of debtor

                                                  Alex Kemppainen
                                                  _____
                                                  Printed name

                                                  Owner & Managing Member
                                                  _____
                                                  Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

# United States Bankruptcy Court

Western District of Washington

**In re** AirX LLC

Case No. 25-41640

**Debtor**

Chapter 11

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 55,000.00

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 0.00

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.   [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

  Excludes representation in any non-dischargeability or other adversary proceedings involving the Debtor.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 07/25/2025 | /s/ Stephen Raher, 46984 |
| *Date* | *Signature of Attorney* |
| | Tabor Law Group |
| | *Name of law firm* |
| | 4110 SE Hawthorne Blvd. PMB #506 |
| | Portland, OR 97214-5246 |