**Stephen A. Raher**, WSBA No. 46984
    Direct: 971.867.2440
    Email: sraher@pdx-law.com
**TABOR LAW GROUP**
4110 SE Hawthorne Blvd., PMB 506
Portland, Oregon 97214
Fax: 971.634.0250

Counsel for Debtor in Possession

HONORABLE MARY JO HESTON
Chapter 11
Hearing Date: September 23, 2025
Hearing Time: 11:00 a.m.
Location: via ZoomGov
Response Date: September 16, 2025

UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

In re

**AirX LLC,**

                    Debtor.

Case No. 25-41640-MJH

**DEBTOR'S FIRST OMNBIBUS MOTION TO ASSUME AND REJECT EXECUTORY CONTRACTS**

### Notice to Recipient

The following motion seeks entry of a court order authorizing AirX LLC (the **"Debtor"**) to assume or reject certain executory contracts. The names of the counterparties to the assumed and rejected contracts are listed in Exhibits A and B attached hereto. **If you are receiving a copy of this motion from the Debtor, please immediately check both of the attached exhibits to determine how this motion impacts you.**

### Motion

Pursuant to 11 U.S.C. § 365(a), Federal Rule of Bankruptcy Procedure 6006, and paragraph 20 of the Amended Second Interim Order Authorizing Use of Cash Collateral, Granting Adequate Protection, and Setting a Final Hearing (ECF No. 66), debtor in possession AirX LLC (the "**Debtor**"), hereby moves for entry of an order authorizing the Debtor to cure and assume the contracts listed in **Exhibit A** attached hereto, and to reject the contracts listed in **Exhibit B**, attached hereto. In support of this motion, the Debtor states as follows:

Page 1 of 5 - DEBTOR'S FIRST OMNIBUS MOTION TO ASSUME AND REJECT EXECUTORY CONTRACTS

TABOR LAW GROUP
4110 SE Hawthorne Blvd., PMB 506
Portland, Oregon 97214
taborlawpdx.com

Case 25-41640-MJH    Doc 95    Filed 08/29/25    Ent. 08/29/25 08:15:11    Pg. 1 of 9

1. On July 10, 2025 (the "**Petition Date**"), the Debtor commenced the above-captioned case by filing a voluntary petition under subchapter V of chapter 11, title 11 of the U.S. Code (the **"Bankruptcy Code"**).

2. The Debtor is continuing to operate its businesses and property as a debtor in possession pursuant to 11 U.S.C. § 1184.

3. The Debtor is a small locally-owned construction contractor specializing in the installation and replacement of heating, ventilation, and air-conditioning (**"HVAC"**) systems in commercial and industrial locations. Additional background of the Debtor's business operations and events leading to this chapter 11 case can be found in the Declaration of Alex Kemppainen in Support of First-Day Motions and Applications (ECF No. 5).

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and Western District of Washington Local Civil Rule 87(a). Venue is proper in this district under 28 U.S.C. § 1408. This is a core matter under 28 U.S.C. § 157(b)(2)(A), (B), (M), and (O).

5. The Debtor is party to certain executory contracts for performance of HVAC work on various projects *See* Schedules, ECF No. 62, Sch. G. Performance of the Debtor's obligations under a subset of these executory contracts (collectively, the **"Bonded Contracts"**) is guaranteed pursuant to certain bonds issued by sureties. In response to the surety's concerns, the Court has ordered the Debtor to move to assume or reject the Bonded Contracts on or before August 29, 2025.

6. In deciding whether to approve a decision to assume or reject an executory contract under section 365 of the Bankruptcy Code, courts ordinarily should defer to a trustee's business judgment where that business judgment is exercised in good faith. *Agarwal v. Pomona Valley Med. Group, Inc. (In re Pomona Valley Med. Group, Inc.)*, 476 F.3d 665, 669-70 (9th Cir. 2007).

7. The Debtor is in the process of reviewing its operations in preparation for filing a plan of reorganization. In response to the Court's order concerning the Bonded Contracts, the

Page 2 of 5 - DEBTOR'S FIRST OMNIBUS MOTION TO ASSUME AND REJECT EXECUTORY CONTRACTS

TABOR LAW GROUP
4110 SE Hawthorne Blvd., PMB 506
Portland, Oregon 97214
taborlawpdx.com

Case 25-41640-MJH    Doc 95    Filed 08/29/25    Ent. 08/29/25 08:15:11    Pg. 2 of 9

Debtor prioritized review of these specific jobs and has determined, in its business judgment that assuming the Bonded Contracts itemized in **Exhibit A**, attached hereto, will generate value for the benefit of the bankruptcy estate, and will constitute a necessary component of the Debtor's successful reorganization. Similarly, the Debtor has determined, in its business judgment, that rejection of the Bonded Contracts itemized in **Exhibit B**, attached hereto, is the best decision to ensure a successful reorganization.

8. With respect to the Bonded Contracts to be assumed (the **"Assumed Contracts"**), the Debtor proposes to make required payments to suppliers and vendors, in the amount noted in the "Third-party Payments to Cure Defaults" column on Exhibit A, which payment constitutes a cure, or adequate assurance for purposes of 11 U.S.C. § 365(b)(1)(A), as well as compensation for purposes of § 365(b)(1)(B). The timing of such payments is as follows:

   a. Baldwin GC / Kloche (Line 1): This project is nearing completion and the amount due from the customer (approximately $120,000) is sufficient to cover all past-due obligations of Debtor. To the extent that the customer issues joint checks payable to Debtor and suppliers, Debtor agrees to release all interest in such checks to the other payee. Alternatively, to the extent that customer pays Debtor directly, Debtor will promptly use these funds to satisfy obligations to suppliers and subcontractors.

   b. Bellevue / Robinswood Tennis Center (Line 2): Debtor will pay suppliers and subcontractors promptly as the customer pays the Debtor. Amount due from customer is approximately twice as much as the cure amount of $26,709.

   c. Home Forward / St. Francis (Line 3): Debtor will pay cure amounts from funds on hand within 10 business days of entry of an order authorizing assumption of this contract.

   d. LMC / Cougar Creek (Line 4): cure amount is de minimis. Debtor will pay cure amounts from funds on hand within 10 business days of entry of an order

Page 3 of 5 - DEBTOR'S FIRST OMNIBUS MOTION TO ASSUME AND REJECT EXECUTORY CONTRACTS

TABOR LAW GROUP
4110 SE Hawthorne Blvd., PMB 506
Portland, Oregon 97214
taborlawpdx.com

Case 25-41640-MJH    Doc 95    Filed 08/29/25    Ent. 08/29/25 08:15:11    Pg. 3 of 9

authorizing assumption of this contract. Customer continues to make payments via joint checks issued to suppliers, thus minimizing the likelihood of future payment defaults by Debtor.

    e. North Clackamas / Annex Pro (Line 5): Debtor will pay suppliers, subcontractors, and surety promptly as the customer pays its bills. Amount due from customer exceeds the cure amount.

    f. North Clackamas / Witchita Center (Line 6): Debtor will pay suppliers and subcontractors promptly as the customer pays the Debtor. Amount due from customer exceeds the cure amount. The amount due to one supplier is subject to a bona fide dispute; Debtor will promptly pay that supplier upon resolution of the dispute.

    g. Portland State University / Neuberger (Line 7): Debtor will pay suppliers, subcontractors, and surety promptly as the customer pays the Debtor. Amount due from customer exceeds the cure amount.

    h. Rotschy / Chehalis River (Line 8): cure amount is de minimis; Debtor will pay cure amounts from funds on hand within 10 business days of entry of an order authorizing assumption of this contract.

    i. Rotschy / Gresham Groundwater No. 6 (Line 9): no monetary default, therefore no cure payment necessary. Debtor's work on project is nearly complete except for punchlist items.

    j. Washington Dept. of Enterprise / Echo Glen (Line 10): Debtor will pay cure amounts from funds on hand within 10 business days of entry of an order authorizing assumption of this contract.

9. For all contracts listed in the previous paragraph where Debtor agrees to pay cure amounts from future revenue, assurance of payment is provided via the fund segregation requirements set forth in the Court's cash collateral order.

Page 4 of 5 - DEBTOR'S FIRST OMNIBUS MOTION TO ASSUME AND REJECT EXECUTORY CONTRACTS

TABOR LAW GROUP
4110 SE Hawthorne Blvd., PMB 506
Portland, Oregon 97214
taborlawpdx.com

Case 25-41640-MJH    Doc 95    Filed 08/29/25    Ent. 08/29/25 08:15:11    Pg. 4 of 9

10. With respect to the Assumed Contracts, Debtor further proposes to pay the amount (if any) of past due bond premium noted on Exhibit A to ensure continued performance by the relevant surety, which in turn constitutes adequate assurance for purposes of 11 U.S.C. § 365(b)(1)(C).

11. For the reasons stated herein, the Debtor asserts the bonded projects attached hereto as <u>Exhibit A</u> should be cured and assumed for the benefit of the estate and its creditors, and that the bonded projects attached hereto as <u>Exhibit B</u> should be rejected. Accordingly, the Debtor requests entry of an Order (substantially in the form submitted herewith), granting the relief sought in this Motion, and such other and further relief as the Court may deem proper.

DATED: August 29, 2025

TABOR LAW GROUP

By: */s/ Stephen A. Raher*
Stephen A. Raher, WSBA No. 46984
Counsel for Debtor in Possession

Page 5 of 5 - DEBTOR'S FIRST OMNIBUS MOTION TO ASSUME AND REJECT EXECUTORY CONTRACTS

TABOR LAW GROUP
4110 SE Hawthorne Blvd., PMB 506
Portland, Oregon 97214
taborlawpdx.com

Case 25-41640-MJH    Doc 95    Filed 08/29/25    Ent. 08/29/25 08:15:11    Pg. 5 of 9

**Rejected Bonded Projects**

| Line # | Counterparty | Job Name | Surety |
|---|---|---|---|
| 11 | Bremik Construction, Inc. | Mt Scott Community Center | Merchants Bonding Co. |
| 12 | Clark County Public Transportation Benefit Area (C-TRAN) | C-TRAN 51st Circle HVAC & DD | Suretec (performance & payment bond) and Philadelphia Indemnity Ins. Co. (retainage bond) |
| 13 | Construction Services Group, Inc. | Vancouver Fire Dept St#5 | Philadelphia Indemnity Ins. Co. |
| 14 | J.W. Fowler | McMinnville Solids Treatment | Merchants Bonding Co. |
| 15 | Port of Portland | PDX Cargo Center | Suretec (performance & payment bond) and Philadelphia Indemnity Ins. Co. (retainage bond) |
| 16 | Rotschy, Inc. | COG Groundwater Dev 4 | Philadelphia Indemnity Ins. Co. |
| 17 | Slayden Constructors, Inc. | Rock Creek Primary Clarifier | Suretec |
| 18 | Stellar J Corporation | Primary Clarifier Hauled Waste | Suretec |
| 19 | Swinerton | Blue Lake Park O&M Facility | Merchants Bonding Co. |

**Exhibit A**
**Page 1 of 1**

**Assumed Bonded Contracts**

| Line # | Counterparty | Job Name | Surety | Bond Premium Due to Surety | Third-party Payments to Cure Defaults | Total Cure Cost |
|---|---|---|---|---|---|---|
| 1 | Baldwin General Contracting Inc. | Kloshe Illahee Haws | Markel Ins. Co. | 0.00 | 21,832.00 | 21,832.00 |
| 2 | City of Bellevue | Robinswood Tennis Center | Markel Ins. Co. | 0.00 | 26,709.00 | 26,709.00 |
| 3 | Home Forward | St. Francis HVAC Replacement | Merchants Bonding Co. | 0.00 | 8,000.70 | 8,000.70 |
| 4 | LMC, Inc. | Cougar Creek | Philadelphia Indemnity Ins. Co. (retainage bond) | 856.00 | 266.00 | 1,122.00 |
| 5 | North Clackamas School Dist. | HVAC Addition at the Annex Pro | Philadelphia Indemnity Ins. Co. | 4,199.00 | 5,994.02 | 10,193.02 |
| 6 | North Clackamas School Dist. | Wichita Center Sectional Boiler | Philadelphia Indemnity Ins. Co. | 6,069.00 | 28,927.89 | 34,996.89 |
| 7 | Portland State University | PSU Neuberger Center | Philadelphia Indemnity Ins. Co. | 44,429.00 | 88,216.35 | 132,645.35 |
| 8 | Rotschy, Inc. | Chehalis River Surface Water | Philadelphia Indemnity Ins. Co. (retainage bond) | 100.00 | 1,455.00 | 1,555.00 |
| 9 | Rotschy, Inc. | City of Gresham Groundwater Development Proj. No. 6 | Philadelphia Indemnity Ins. Co. (retainage bond) | 0.00 | 0.00 | 0.00 |
| 10 | Wash. Dept. of Enterprise | DCYF - Echo Glen | Philadelphia Indemnity Ins. Co. | 7,161.00 | 59,563.00 | 66,724.00 |

**Exhibit B**
**Page 1 of 1**

**Stephen A. Raher**, WSBA No. 46984
    Direct: 971.867.2440
    Email: sraher@pdx-law.com
**TABOR LAW GROUP**
4110 SE Hawthorne Blvd., PMB 506
Portland, Oregon 97214
Fax: 971.634.0250

Counsel for Debtor in Possession

HONORABLE MARY JO HESTON
Chapter 11
Hearing Date: September 23, 2025
Hearing Time: 11:00 a.m.
Location: via ZoomGov
Response Date: September 16, 2025

UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>**AirX LLC,**<br><br>                        Debtor. | Case No. 25-41640-MJH<br><br>**NOTICE OF MOTION AND HEARING ON DEBTOR'S OMNBIBUS MOTION TO ASSUME AND REJECT EXECUTORY CONTRACTS FOR BONDED PROJECTS** |

PLEASE TAKE NOTICE THAT debtor in possession AirX LLC's Omnbibus Motion to Assume and Reject Executory Contracts for Bonded Projects (the "Motion"), seeking entry of an order authorizing assumption and rejection of certain contracts pursuant to 11 U.S.C. § 365(a),

IS SET FOR HEARING AS FOLLOWS:

<u>Judge</u>: Mary Jo Heston            <u>Time</u>: 9:00 a.m.

<u>Place</u>: via ZoomGov (see below     <u>Date</u>: September 23, 2025

IF YOU OPPOSE the relief sought in the Motion, you must file your written response with the Clerk's office of the Bankruptcy Court and deliver copies to the undersigned attorney NOT LATER THAN THE RESPONSE DATE, which is September 16, 2025. If you file a response you are also required to appear at the hearing.

IF NO RESPONSE IS TIMELY FILED AND SERVED, THE COURT MAY, IN ITS DISCRETION, GRANT THE RELIEF REQUESTED IN THE OBJECTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, AND STRIKE THE HEARING.

**Page 1 of 2 - NOTICE AND MOTION OF HEARING**

TABOR LAW GROUP
4110 SE Hawthorne Blvd., PMB 506
Portland, Oregon 97214
taborlawpdx.com

Case 25-41640-MJH    Doc 95    Filed 08/29/25    Ent. 08/29/25 08:15:11    Pg. 8 of 9

Zoom Gov Hearing Information
Join ZoomGov Meeting
https://www.zoomgov.com/j/1606692441?pwd=ZkVCbVEyTzZBRWovRlI0ODZRUUFjQT09

Meeting ID: 160 669 2441
Passcode: 827542
---
One tap mobile
+16692545252,,1606692441# US (San Jose)
+16692161590,,1606692441# US (San Jose)
---
Dial by your location
- +1 669 254 5252 US (San Jose)
- +1 669 216 1590 US (San Jose)
- +1 415 449 4000 US (US Spanish Line)
- +1 551 285 1373 US (New Jersey)
- +1 646 828 7666 US (New York)
- +1 646 964 1167 US (US Spanish Line)

Meeting ID: 160 669 2441

Find your local number: https://www.zoomgov.com/u/abGXEPYqMS

Dated: August 29, 2025

                                                 TABOR LAW GROUP

By:  */s/ Stephen A. Raher*
      Stephen A. Raher, WSBA No. 46984
      Counsel for Debtor in Possession

**Page 2 of 2 - NOTICE AND MOTION OF HEARING**

TABOR LAW GROUP
4110 SE Hawthorne Blvd., PMB 506
Portland, Oregon 97214
taborlawpdx.com

Case 25-41640-MJH    Doc 95    Filed 08/29/25    Ent. 08/29/25 08:15:11    Pg. 9 of 9