UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>**AirX LLC,**<br><br>　　　　　　　　Debtor. | Case No. 25-41640-MJH<br><br>**[PROPOSED] ORDER GRANTING THE DEBTOR'S FIRST OMNBIBUS MOTION TO ASSUME AND REJECT EXECUTORY CONTRACTS** |

　　　　　This matter came before the Court on the First Omnibus Motion to Assume and Reject Executory Contracts (ECF No. ____, the **"Motion"**), filed by AirX LLC (the "**Debtor**"), seeking authorization and assume and reject certain executory contracts listed therein. Based on the Motion and the documents submitted in support thereof, and the records and files herein, it is hereby ORDERED as follows:

　　　　　1.　　The Motion is GRANTED.

　　　　　2.　　The Debtor is hereby authorized to assume the prepetition executory contract listed in <u>Exhibit A</u> (collectively, the **"Assumed Contracts"**), pursuant to and in accordance with the terms set forth in the Motion.

**ORDER GRANTING THE DEBTOR'S FIRST OMNIBUS MOTION TO ASSUME AND REJECT EXECUTORY CONTRACTS – Page 1 of 2**

Tabor Law Group
4110 SE Hawthorne Blvd., PMB 506
Portland, Oregon 97214
taborlawpdx.com

Case 25-41640-MJH    Doc 95-1    Filed 08/29/25    Ent. 08/29/25 08:15:11    Pg. 1 of 4

3. Debtor's payment of the cure amounts noted in Exhibit A is approved and the Debtor shall not be required to make further payment in connection with any prepetition default under the Assumed Contracts in excess of the payments as listed in Exhibit A.

4. The executory contracts listed in Exhibit B are hereby rejected, effective as of July 10, 2025.

/// End of Order ///

Presented by:
TABOR LAW GROUP

*[draft]*
Stephen A. Raher, WSBA No. 46984
Proposed Counsel for Debtor in Possession

**ORDER GRANTING THE DEBTOR'S FIRST OMNIBUS MOTION TO ASSUME AND REJECT EXECUTORY CONTRACTS – Page 2 of 2**

TABOR LAW GROUP
4110 SE Hawthorne Blvd., PMB 506
Portland, Oregon 97214
taborlawpdx.com

Case 25-41640-MJH    Doc 95-1    Filed 08/29/25    Ent. 08/29/25 08:15:11    Pg. 2 of 4

**Rejected Bonded Projects**

| Line # | Counterparty | Job Name | Surety |
|---|---|---|---|
| 11 | Bremik Construction, Inc. | Mt Scott Community Center | Merchants Bonding Co. |
| 12 | Clark County Public Transportation Benefit Area (C-TRAN) | C-TRAN 51st Circle HVAC & DD | Suretec (performance & payment bond) and Philadelphia Indemnity Ins. Co. (retainage bond) |
| 13 | Construction Services Group, Inc. | Vancouver Fire Dept St#5 | Philadelphia Indemnity Ins. Co. |
| 14 | J.W. Fowler | McMinnville Solids Treatment | Merchants Bonding Co. |
| 15 | Port of Portland | PDX Cargo Center | Suretec (performance & payment bond) and Philadelphia Indemnity Ins. Co. (retainage bond) |
| 16 | Rotschy, Inc. | COG Groundwater Dev 4 | Philadelphia Indemnity Ins. Co. |
| 17 | Slayden Constructors, Inc. | Rock Creek Primary Clarifier | Suretec |
| 18 | Stellar J Corporation | Primary Clarifier Hauled Waste | Suretec |
| 19 | Swinerton | Blue Lake Park O&M Facility | Merchants Bonding Co. |

**Exhibit A**
**Page 1 of 1**

**Assumed Bonded Contracts**

| Line # | Counterparty | Job Name | Surety | Bond Premium Due to Surety | Third-party Payments to Cure Defaults | Total Cure Cost |
|---|---|---|---|---|---|---|
| 1 | Baldwin General Contracting Inc. | Kloshe Illahee Haws | Markel Ins. Co. | 0.00 | 21,832.00 | 21,832.00 |
| 2 | City of Bellevue | Robinswood Tennis Center | Markel Ins. Co. | 0.00 | 26,709.00 | 26,709.00 |
| 3 | Home Forward | St. Francis HVAC Replacement | Merchants Bonding Co. | 0.00 | 8,000.70 | 8,000.70 |
| 4 | LMC, Inc. | Cougar Creek | Philadelphia Indemnity Ins. Co. (retainage bond) | 856.00 | 266.00 | 1,122.00 |
| 5 | North Clackamas School Dist. | HVAC Addition at the Annex Pro | Philadelphia Indemnity Ins. Co. | 4,199.00 | 5,994.02 | 10,193.02 |
| 6 | North Clackamas School Dist. | Wichita Center Sectional Boiler | Philadelphia Indemnity Ins. Co. | 6,069.00 | 28,927.89 | 34,996.89 |
| 7 | Portland State University | PSU Neuberger Center | Philadelphia Indemnity Ins. Co. | 44,429.00 | 88,216.35 | 132,645.35 |
| 8 | Rotschy, Inc. | Chehalis River Surface Water | Philadelphia Indemnity Ins. Co. (retainage bond) | 100.00 | 1,455.00 | 1,555.00 |
| 9 | Rotschy, Inc. | City of Gresham Groundwater Development Proj. No. 6 | Philadelphia Indemnity Ins. Co. (retainage bond) | 0.00 | 0.00 | 0.00 |
| 10 | Wash. Dept. of Enterprise | DCYF - Echo Glen | Philadelphia Indemnity Ins. Co. | 7,161.00 | 59,563.00 | 66,724.00 |